# COVER LETTER

SA26CA2337 FB

**Aminata Biro Diallo**
A# 241-276-889
Karnes County Immigration Processing Center
409 FM 1144
Karnes City, TX 78118

April 4, 2026

**Clerk of Court**
United States District Court
Western District of Texas
San Antonio Division
262 West Nueva Street
San Antonio, TX 78207

**Re: Filing of Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241**

Petitioner: **Aminata Biro Diallo (A# 241-276-889)**

Dear Clerk of Court,

I respectfully submit the enclosed Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, which I am filing pro se from immigration detention. I am currently detained at the Karnes County Immigration Processing Center in Karnes City, Texas.

I am requesting the Court's review of the legality of my continued civil immigration detention and respectfully ask that the Court accept and file my petition. I am also including the required copies of the petition and supporting exhibits, along with a Certificate of Service showing that I mailed a copy to the Office of the Principal Legal Advisor (OPLA) for the Department of Homeland Security.

Because I am detained and do not have access to electronic filing, I am submitting this petition by mail. I respectfully ask the Clerk's Office to notify me by mail of my case number and any further instructions from the Court.

Thank you for your time and assistance.

Respectfully submitted,

____________________

**Aminata Biro Diallo**
A# 241-276-889
Pro Se Petitioner
Karnes County Immigration Processing Center
409 FM 1144
Karnes City, TX 78118